## ELLEN ARCE *v.* RENIE ARCE
## (AC 17532)

Foti, Landau and Stoughton, Js.

Argued March 30—officially released April 20, 1999

Per Curiam. The judgment is affirmed.